**HOLT'S COMPANY, Appellant,**

v.

**VIRGIN ENTERPRISES LIMITED, Appellee.**

No. 2008–1370.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2009.

M. Kelly Tillery, Pepper Hamilton, LLP, of Philadelphia, PA, argued for appellant.

James W. Dabney, Fried Frank Harris Shriver & Jacobson LLP, of New York, NY, argued for appellee. With him on the brief were Victoria J.B. Doyle and Mitchell Epner, and John F. Duffy, of Washington, DC.

MAYER, CLEVENGER, and RADER Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.